UNITED STATES DISTRICT COURT     JS6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-00470-RGK-MRW | Date | April 28, 2023 |
|---|---|---|---|
| Title | *Starr Indemnity and Liability Co. v. City Moving, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:**     **(IN CHAMBERS) Order Re: Plaintiff's Response to Order to Show Cause [DE 15]**

On April 25, 2023, the Court issued an Order to Show Cause regarding Dismissal for Lack of Prosecution. (ECF No. 13.) The Court noted that the 90-day period for service had lapsed, and thereby ordered Plaintiff to show cause in writing why the action should not be dismissed, warning that an unsatisfactory response would lead to dismissal. (*Id.*) The Court further warned that "**A stipulation to extend dates or a notice of settlement do not constitute a proper response to this order.**" (*Id.* (emphasis in original).)

On April 27, 2023, Plaintiff filed the instant Response to the Order to Show Cause. (ECF No. 15.) Plaintiff informed the Court that the Parties had reached a settlement and requested a 30-day continuance to await the receipt of consideration, after which Plaintiff would dismiss the action with prejudice. (*Id.*) The Court does not find this response satisfactory. The Court was clear in its Order to Show Cause that a notice of settlement would not constitute a proper response to this order. A notice of settlement does not relieve parties of their deadlines until a dismissal of the action is filed. Accordingly, the Court **DISMISSES without prejudice** the action in its entirety. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

                                   : _____

Initials of Preparer     JRE/sf